UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| lnformation associated with Google, LLC | ) | No. 4:20 MJ 3172 NCC |
| email account: | ) | |
| SHELTONSTAXSERVICE@GMAIL.CO | ) | |
| M that is stored at premises controlled by | | |
| Google, LLC, 1600 Amphitheatre Parkway, | | |
| Mountain View, CA 94043 | | |

## **GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS**

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Gwendolyn Carroll, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s) along with the application, affidavit, return and other related documents filed in this matter.

Dated this ___14th___ day of June, 2022.

Respectfully submitted,
SAYLER A. FLEMING
United States Attorney


_/s/Gwendolyn E. Carroll_____
GWENDOLYN E. CARROLL, #4657003NY
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF      )
lnformation associated with Google, LLC      )      No.   4:20 MJ 3172 NCC
email account:      )
SHELTONSTAXSERVICE@GMAIL.CO      )
M that is stored at premises controlled by
Google, LLC, 1600 Amphitheatre Parkway,
Mountain View, CA 94043

## ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America,

by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of

Missouri, and Gwendolyn Carroll, Assistant United States Attorney for said District, requesting

the unsealing of the search warrant(s) along with its affidavit, application and return and other

related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return

and other related documents, presently sealed, be unsealed.

_____
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

Dated: This _____ day of June 2022